HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
STACIE JACKSON
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
NATHAN MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>NATHAN MORENO,<br><br>                  Defendant. | CASE NO. 2:18-PO-00454-CKD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: February 21, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Defendant NATHAN MORENO, by and through his counsel of record, LINDA ALLISON, and plaintiff United States of America, by and through its counsel of record, ERIC J. CHANG, hereby stipulate as follows:

      1.     By previous order, the Court scheduled a status conference on February 21, 2019. By this stipulation, the parties now jointly move to continue the status conference to March 21, 2019 at 9:30 a.m. This will allow the parties additional time to review discovery and prepare.

IT IS SO STIPULATED.

Dated: February 19, 2019                                   HEATHER E. WILLIAMS
                                                                                Federal Defender

|   |   |   |
|---|---|---|
| 1 | | /s/ *Linda Allison* |
| 2 | | LINDA ALLISON |
|   | | Assistant Federal Defender |
| 3 | | Attorney for Defendant |
|   | | NATHAN MORENO |
| 4 | | |
| 5 | Dated: February 19, 2019 | /s/ *Linda Allison for* |
| 6 | | ERIC J. CHANG |
|   | | Special Assistant U.S. Attorney |
|   | | Attorney for Plaintiff |
| 7 | | |
| 8 | | By agreement via email |

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference currently scheduled for February 21, 2019 at 9:30 a.m. is continued to March 21, 2019 at 9:30 a.m.


FOUND AND ORDERED

Dated: February 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE