HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
STACIE JACKSON
Certified Law Clerk
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
NATHAN S. MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NATHAN S. MORENO,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-PO-00454-CKD<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA<br><br>DATE: April 18, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon: Carolyn K. Delaney |

**STIPULATION**

Defendant NATHAN S. MORENO, by and through his counsel of record, Assistant Federal Defender LINDA ALLISON, and plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney STEPHEN CODY, hereby stipulate as follows:

1. By previous order, the Court scheduled a status conference on April 18, 2019, at 9:30 a.m. By this stipulation, the parties now jointly move to vacate the status conference and set the case for a change of plea on April 18, 2019 at 9:30 a.m.

///
///
///
///

IT IS SO STIPULATED.

Dated: April 16, 2019

HEATHER E. WILLIAMS
Federal Defender

/s/ *Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Defendant
NATHAN S. MORENO

Dated: April 16, 2019

/s/ *Linda Allison for*
STEPHEN CODY
Special Assistant U.S. Attorney
Attorney for Plaintiff

By agreement via email

### FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled for April 18, 2019 at 9:30 a.m. is vacated and a change of plea is set for April 18, 2019 at 9:30 a.m.

Dated: April 17, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE