1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    LINDA ALLISON, #179741
     Assistant for the Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700  Fax: 916-498-5710

5    Attorneys for Defendant
     NATHAN S. MORENO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )   Case No.  2:18-PO-00454-CKD
                                        )
11              Plaintiff,              )
                                        )   STIPULATION AND ORDER TO EXTEND
12   vs.                                )   DATE OF PAYMENT OF FINE
                                        )
13   NATHAN S. MORENO,                  )
                                        )
14              Defendant.              )   Judge:  Hon. Carolyn K. Delaney
                                        )
15   _____)

16

17         IT IS HEREBY STIPULATED AND REQUESTED between the parties through their

18   respective counsel, Christopher Hales, Assistant United States Attorney, and Linda C. Allison,

19   Assistant Federal Defender, attorney for Nathan S. Moreno, that the Court extend the time for the

20   defendant to pay his fine of $250, processing fee of $30, and special assessment of $10 (for a

21   total of $290) from October 18, 2019 to April 18, 2020.  The parties also jointly request that the

22   Court to extend the defendant's period of court probation through April 25, 2020, in order to

23   cover the period of time during which defendant must pay these amounts.  The reason for this

24   stipulated request is that the defendant has contacted defense counsel and is currently in a

25   recovery program.  Defendant needs additional time to finish his program and obtain a job and

26   has requested additional time to pay.  The government has confirmed that it has no objection to

27   / / /

28   / / /

the request provided that defendant's term of Court probation be extended as stated above.

Dated: October 4, 2019                    Respectfully submitted,

                                          HEATHER WILLIAMS
                                          Federal Defender

                                          */s/Linda C. Allison*
                                          LINDA C. ALLISON
                                          Assistant to the Federal Defender
                                          Attorneys for Defendant
                                          NATHAN S. MORENO

Dated: October 4, 2019                    McGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Linda C. Allison for*
                                          CHRISTOPHER HALES
                                          Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the time for the defendant to pay his fine of $250, processing fee of $30, and special assessment of $10 (for a total of $290) is extended to April 18, 2020, and that defendant's term of Court probation is hereby extended through and including April 25, 2020.

Dated: October 8, 2019

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE